# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **CAROLINE A. JOHNSON,** § § § | |
| *Plaintiff,* § § | |
| **v.** § § | Case No. |
| § | |
| **VINOY PARK APARTMENTS AT BEACH DRIVE LLC and HUNTER WARFIELD, INC.,** § § § § | |
| *Defendant.* | |

## DEFENDANT HUNTER WARFIELD, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Hunter Warfield, Inc. ("HWI") hereby removes the subject action from the, to the United States District Court for the Middle District of Florida, on the following grounds:

1. Plaintiff Caroline A. Johnson instituted an action in the County Court of the Sixth Judicial Circuit In and For Pinellas County, Florida, Civil Division, on January 27, 2021. A copy of the Complaint is attached hereto as Exhibit A.

2. HWI was served on February 4, 2021. Therefore, removal is timely.

3. Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FDCPA which thus supplies the federal question.

5. Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the County Court of the Sixth Judicial Circuit In and For Pinellas County, Florida, Civil Division, to the United States District Court for the Middle District of Florida.

6. Notice of this removal will promptly be filed with the County Court of

the Sixth Judicial Circuit In and For Pinellas County, Florida, Civil Division and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference

8. A jury demand was made in state court.

9. HWI is not aware of any service on other defendants.

WHEREFORE, Defendant Hunter Warfield, Inc., by counsel, removes the subject action from the County Court of the Sixth Judicial Circuit In and For Pinellas County, Florida, Civil Division to the United States District Court for the Middle District of Florida.

Dated: February 23, 2021.

Respectfully submitted,

/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN:  0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone:  (813) 251-5500
Direct:  (813) 251-3688
Fax:  (813) 251-3675
cmchale@gsgfirm.com